634

408 A.2d 541

Commonwealth v. Young, Appellant.

Submitted September 15, 1978. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order of the court below affirmed.

408 A.2d 541

Commonwealth v. Austin R. Young, Appellant.

Submitted September 15, 1978. Donald L. VanGilder, for appellant; Henry S. Perkin, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.

April 25, 1979

408 A.2d 542

Commonwealth v. Napper, Appellant.